# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **FILED UNDER SEAL** |
| | ) | |
| **Plaintiff,** | ) | **CR. No.** 2:25cr20032-JTF |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2** |
| | ) | **18 U.S.C. § 1347** |
| **SANJEEV KUMAR,** | ) | **18 U.S.C. § 2422(a)** |
| | ) | **21 U.S.C. § 331(k)** |
| **Defendant.** | ) | |

## MOTION TO SEAL INDICTMENT

Comes now the United States of America, by and through Reagan Taylor Fondren, Acting United States Attorney for the Western District of Tennessee, and Lynn Crum, Assistant United States Attorney, and would respectfully move this Honorable Court to seal the indictment in this case for the following reasons:

1.      The investigation is ongoing; and

2.      The defendant may flee, conceal evidence or seek to influence persons cooperating with the investigation if they learn of the investigation's existence.

Based on the foregoing, the United States respectfully requests that the indictment be sealed.

WHEREFORE, counsel for the United States respectfully moves this Honorable Court to seal the indictment and order that remain sealed until further order from the Court.

Respectfully submitted,

Reagan Taylor Fondren
Acting United States Attorney

By:    *s/* Lynn Crum
       Lynn Crum
       Assistant United States Attorney
       167 N. Main, Suite 800
       Memphis, TN 38103
       (901)544-4231

## CERTIFICATE OF SERVICE

I, Lynn Crum, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion was electronically filed, hand delivered, and/or mailed, first class postage prepaid to the Court.

This 27th day of February 2025.

By:    *s/ Lynn Crum*
       Lynn Crum
       Assistant United States Attorney

4