# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. No. 2:25-cr-20032-1 JTF |
| | ) | |
| v. | ) | FILED UNDER SEAL |
| | ) | |
| SANJEEV KUMAR, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON MOTION TO UNSEAL
### INDICTMENT AND ARREST WARRANT

Upon motion of the United States of America, it is hereby ordered that the Indictment and arrest warrant of the defendant in the instant case is hereby unsealed.

s/Charmiane G. Claxton
Honorable Charmiane Claxton
United States Magistrate Judge
