IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:25-20032-JTF-cgc-001 |
| | ) |
| SANJEEV KUMAR, | ) |
| | ) |
|     Defendant. | ) |

_____

ORDER OF REFERENCE
_____

Defendant's Motion to Modify Bond Conditions (DE# 24) is hereby referred to Magistrate Charmiane G. Claxton for determination.

IT IS SO ORDERED THIS 18th DAY OF March, 2025.

                                                  *s/John T. Fowlkes, Jr.*
                                                UNITED STATES DISTRICT JUDGE