# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. **2:25CR20032-JTF** |
| SANJEEV KUMAR, | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

The motion of Maritsa A. Flaherty ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Sanjeev Kumar in the above-entitled action, **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Western District of Tennessee. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

THIS 11th day of April, 2025.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge