```
IN THE UNITED STATES DISTRICT COURT
 FOR THE WESTERN DISTRICT OF TENNESSEE
            WESTERN DIVISION
```
___

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SANJEEV KUMAR,  )<br>  )<br>    Defendant.  ) | No. 2:25-20032-JTF-cgc-001 |

___

ORDER OF REFERENCE
___

Government's Motion to Revoke Bond (DE# 42) is hereby referred to Magistrate Charmiane G. Claxton for determination.

IT IS SO ORDERED THIS 28th DAY OF April, 2025.

                                       *s/John T. Fowlkes, Jr.*
                                     UNITED STATES DISTRICT JUDGE