IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

    **Plaintiff,**

v.	Criminal No. 25-cr-20032-JTF

SANJEEV KUMAR,

    **Defendant.**

## NOTICE OF WITHDRAWAL OF MOTION [ECF 42]

The United States submits this Notice of Withdrawal of the prior filed Motion to Revoke Bond [ECF 42].

The United States raised two bases for revocation in the motion. As to the first basis involving patient A.J., upon review of evidence obtained after filing of the motion, the government has determined that the information provided by A.J. is not credible and does not support the relief sought in the motion. As to the second basis involving the appointment reminder notifications, the parties have consulted and reached an agreement as to how to address this issue on an ongoing basis without seeking revocation of bond at this time.

Therefore, there is currently no basis upon which to proceed regarding the motion.

    Respectfully submitted,

    Joseph C. Murphy, Jr.
    Interim United States Attorney

By:    /s/ Scott Smith
    Assistant United States Attorney
    167 N. Main St., Suite 800
    Memphis, TN 38103
    Telephone: (901) 544-4231

## CERTIFICATE OF SERVICE

  I, Scott Smith, Assistant United States Attorney, do hereby certify that a copy of the foregoing pleading was forwarded by electronic means via the Court's electronic filing system, and via email to the attorneys for the defendant.

  This 7th day of May, 2025.

                  /s/Scott Smith
                 Assistant United States Attorney