IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Cr. No. 2:25cr20032-SHL |
| **SANJEEV KUMAR,** | |
| **Defendant.** | |

### SANJEEV KUMAR, M.D.'S RULE 16 EXPERT WITNESS DISCLOSURE SUPPLEMENTAL REPORT OF JORDAN JOHNSON AND RYAN VAUGHN

Defendant, Sanjeev Kumar, by and through his counsel, gives notice pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C) of their intent to introduce the testimony of Jordan Johnson and/or Ryan Vaughn as an expert witness in this matter.

This report does not include a complete recitation of either Mr. Johnson's or Mr. Vaughn's testimony, and either one may offer additional testimony or opinions during trial. Additionally, both Mr. Johnson and Mr. Vaughn reserve the right to supplement their reports as necessary if further information becomes known to them or based on the additional data analysis the Government intends on producing. Any additional opinions will be disclosed no later than 28 days before trial, pursuant to Local Rule 16.1(c)(2).

Mr. Johnson and/or Mr. Vaughn will provide testimony regarding the following:

1. From April 12, 2025, up to April 16, 2025, data analysis shows that no hysteroscopy biopsy procedures (CPT 58558) were billed to Medicare.

2. During the same three-day time-period (April 12, April 13, and April 15) twenty-four (24) hysteroscopy biopsy procedures (CPT 58558) were billed to Medicaid.

I *Jordan Johnson* _____, have reviewed the foregoing disclosure
<sub>Signer ID: ROTEKHOT16...</sub>

regarding my opinions, qualifications, and prior testimony, and it is true and accurate.

I *Ryan Vaughn* _____, have reviewed the foregoing disclosure
<sub>Signer ID: VTA6ABXR16...</sub>

regarding my opinions, qualifications, and prior testimony, and it is true and accurate.

                                      Respectfully submitted,

                                      s/ Maritsa A. Flaherty
Maritsa A. Flaherty (*pro hac vice*) (Cal. Bar No. 327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098
(248) 644-6323
mflaherty@chapmanlawgroup.com

Ronald Chapman, II (*pro hac vice*) (Mich. Bar No. P73179)
THE CHAPMAN FIRM
1300 Broadway
Detroit, MI 48226
Phone: (346)Chapman
Ron@chapmanandassociates.com

Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000
llaurenzi@bpjlaw.com
emosby@bpjlaw.com
*Attorneys for Dr. Sanjeev Kumar*

Document ID: 2f04d79fe488b26c08eadde51bf47709eb16ee9fa4a25f7aafdefe60d5d916a3