**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**UNITED STATES OF AMERICA**
Plaintiff,

**v.** **Cr. No. 2:25-20032-SHL**

**SANJEEV KUMAR**
Defendant,

---

**NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OF A DISTRICT COURT**

---

Notice is hereby given that Sanjeev Kumar appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on July 8, 2026.

/s/Larry Laurenzi
Lawrence J. Laurenzi (TN #9529)
Attorney for Sanjeev Kumar
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Tel: (901) 524-5000
Fax: (901) 524-5024
Email: llaurenzi@bpjlaw.com